IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

LAW OFFICES OF PETER MILLER, P.A.,
Individually and Behalf of All Others
Similarly Situated

        Plaintiff,

v.

SINCLAIR BROADCAST GROUP, INC.,
TRIBUNE MEDIA COMPANY, TRIBUNE
BROADCASTING COMPANY, LLC, and
DOES 1-20

        Defendants.

Case No. 1:18-cv-02316

Hon. Theodore D. Chuang

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND AND TO ADJOURN THE INITIAL STATUS
<u>HEARING AND RELATED DEADLINES</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Sinclair Broadcast Group, Inc. ("Sinclair"), Tribune Media Company, and Tribune Broadcasting Company, LLC. (the "Tribune Defendants" and, collectively, "<u>Defendants</u>"), respectfully move the Court for an extension of time to answer or otherwise respond to Plaintiff Law Offices of Peter Miller, P.A.'s Complaint and for adjournment of the initial status hearing and related deadlines. This is Defendants' first request for an extension. Plaintiff does not oppose this motion. In support of the motion, Defendants state as follows:

1. Plaintiff filed the Complaint in this matter on July 27, 2018. ECF No. 1.

2. Defendants or a subset of them have also been named in eight other cases, each of which involves the same factual allegations and asserts a claim for violation of Section 1 of the Sherman Act on behalf of the same or a similar putative class. *Ford v. Sinclair Broadcast Group, Inc., et al.*, 18-cv-2372 (D. Md.); *My Philly Lawyer v. Sinclair*

*Broadcast Group, Inc., et al.*, 18-cv-2713 (D. Md.); *Clay, Massey & Associates, P.C. v. Gray Television, Inc., et al.*, 18-cv-5197 (N.D. Ill.); *Dozier Law Firm LLC v. Gray Television, Inc., et al.*, 18-cv-5392 (N.D. Ill); *Gibbons Ford, LP v. Gray Television, Inc., et al*, 18-cv-5555 (N.D. Ill.); *Forbes v. Gray Television, Inc., et al.*, 18-cv-5708 (N.D. Ill.); *Masseys Jewelers v. Tribune Media Company, et al.*, 18-cv-6114 (N.D. Ill.); *Crowley Webb and Associates, Inc. v. Hearst Communications, Inc.*, et al., 18-cv-7976 (S.D.N.Y.) (each a "Related Action").

3. Clay, Massey & Associates, P.C. filed a motion for the transfer of related actions to the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("Transfer Motion") on July 31, 2018. *In re Local TV Advertising Antitrust Litigation*, MDL No. 2867, ECF No. 1 ("MDL Proceeding").

4. Plaintiff filed a Response to the Transfer Motion on August 21, 2018 that did not oppose consolidation, but argued for consolidation in the District of Maryland instead of the Northern District of Illinois. MDL Proceeding, ECF No. 35.

5. Defendants did not oppose the Transfer Motion, nor has any other party opposed consolidation of the related cases. MDL Proceeding, ECF Nos. 33, 36, 38, 41.

6. The United States Judicial Panel on Multidistrict Litigation has set a hearing on the Transfer Motion for September 27, 2018. MDL Proceeding, ECF No. 25. Given the number of related cases and that all parties favor consolidation, there are strong grounds for consolidation.

7. The Tribune Defendants were served with the Complaint on August 21, 2018, and Sinclair was served with the Complaint on August 22, 2018. The time to answer or

otherwise respond expires on September 11, 2018 and September 12, 2018, respectively. ECF Nos. 18-19.

8. Extending Defendants' time to answer or otherwise respond to the Complaint and adjourning the initial status hearing and related deadlines would conserve the Court and parties' resources by avoiding the need for duplicative briefing; avoid the risk of inconsistent outcomes across Related Actions; and allow the parties to further investigate the allegations in the Complaint.

WHEREFORE, Defendants respectfully request the Court enter an Order (1) granting the motion; and (2) extending the Defendants' time to answer or otherwise respond to the Complaint until the earlier of (i) 20 calendar days from denial of the Transfer Motion; or (ii) 60 calendar days from the filing of an amended, consolidated complaint in the MDL Proceeding. Nothing in this motion is intended to prevent any transferee court from setting any response or hearing deadline it deems appropriate.

Dated: September 7, 2018                    Respectfully submitted,

KRAMON & GRAHAM PA

By: /s/ John A. Bourgeois

John A. Bourgeois (Bar No. 11834).
One South Street, Suite 2600
Baltimore, MD 21202-3201
Telephone: (410) 347-7408
Facsimile: (410) 361-8204
jbourgeois@kg-law.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jay Cohen (*pro hac vice* forthcoming)
William Michael (*pro hac vice* forthcoming)
Daniel H. Levi (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

*Counsel for Defendants Tribune Media Company and Tribune Broadcasting Company, LLC*

SHEARMAN & STERLING LLP

By: /s/ Jonathan Greenblatt
(Signed by John A. Bourgeois with permission)
Jonathan Greenblatt (Bar No. 22861)
Brian Hauser (*pro hac vice* forthcoming)
401 9th Street, N.W.
Suite 800
Washington, DC 20004-2128
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
jgreenblatt@shearman.com
brian.hauser@shearman.com

Jerome S. Fortinsky (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jfortinsky@shearman.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*